# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| TIMOTHY M. BASQUIN,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant | No. C13-2024<br><br>ORDER GRANTING APPLICATION FOR ATTORNEY FEES |

This matter comes before the Court on the Application for Attorneys Fees Under the Equal Access to Justice Act (docket number 21) filed by the Plaintiff on August 28, 2014, and the Response (docket number 22) filed by the Defendant on September 5. Plaintiff initially requested that the Court order attorney fees in the amount of $7,888.28. According to the response, Defendant agrees to the request but states "[a]fter discussions with plaintiff's counsel, plaintiff and defendant have agreed to an award of EAJA fees and expenses in the amount of $7,589.22." The Court finds the application should be granted, and the lower amount stated in the response should be awarded.

## ORDER

IT IS THEREFORE ORDERED that Plaintiff's Application for Fees (docket number 21) is **GRANTED**. Judgment will be entered in favor of the Plaintiff for attorney fees in the amount of Seven Thousand Five Hundred Eighty-Nine Dollars and twenty-two cents ($7,589.22) to be paid by the Social Security Administration.

DATED this 5th day of September, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA